LOUIS ARKIN, as Executor, etc., v. JACOB HOLTZBERG and Another.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

LOUISE ELLIS, Respondent, v. ANNA MARIA KELSEY and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Finch, McAvoy and Martin, JJ.; Clarke, P. J., dissenting.

CHARLES L. CRAIG, as Comptroller of the City of New York, Appellant, v. THE COMMISSIONERS OF THE SINKING FUND OF THE CITY OF NEW YORK (Other Than the Plaintiff) and Another, Respondents.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CHARLES L. CRAIG, as Comptroller of the City of New York, Appellant, v. THE COMMISSIONERS OF THE SINKING FUND OF THE CITY OF NEW YORK (Other Than the Plaintiff) and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE CITY OF NEW YORK, Appellant, v. EMPIRE CITY SUBWAY COMPANY, LTD., Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

CHARLES P. DORFF, Respondent, v. JAMES W. SMITH and Another, Doing Business under the Firm Name and Style of SMITH, KIRKPATRICK & COMPANY and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

THOMAS R. ALLEN, Respondent, v. THE PULLMAN COMPANY, INC., Appellant. — Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

BERNARD F. GOLDEN, Respondent, v. PATRICK H. SULLIVAN and Others, Defendants, Impleaded with HANNAH SULLIVAN, as Receiver, etc., of the Estate of TIMOTHY D. SULLIVAN, Deceased, and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.; Dowling and McAvoy, JJ., dissenting.

REBECCA ROSENBERG, Respondent, v. THE HOME INSURANCE COMPANY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

ISAAC STEINBERG, Appellant, v. MARTHA DE JONGH, as Administratrix, etc., of DAVID S. DE JONGH, Deceased, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

NETTIE COHEN, Respondent, v. LOUIS COHEN and Others, as Executors and Trustees, etc., of NATHAN COHEN, Deceased, Appellants, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

WILLIAM LINN, Respondent, v. AMERICAN RAILWAY EXPRESS COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

FREDERICK W. GNICHTEL, as Receiver, etc., of the SWINEHART TIRE AND RUBBER COMPANY OF NEW JERSEY, Respondent, v. IRVING D. STONE, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.